UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-12650 |
| JANEL S. BORTON | : | CHAPTER 13 |
| DEBTOR | : | JUDGE HOPKINS |
| | : | **NOTICE OF REAL ESTATE APPRAISAL** |
| | : | |

    Now comes the Debtor, Janel S. Borton, by and through counsel, and hereby submits the attached appraisal for the property listed in Schedule A of the Petition filed herein.

    Respectfully submitted,


/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)
MINNILLO LAW GROUP Co., LPA
2712 Observatory Avenue
Cincinnati, OH 45208
(513)723-1600/(513) 723-1620 (Fax)
pjm@mlg-lpa.com



# Bill Fawley
HIGHLAND COUNTY AUDITOR | HIGHLAND COUNTY, OHIO

## Summary

| | |
|---|---|
| Parcel Number | **49-24-105-051.00** |
| Location Address | 16 DIEHL AVE |
| Acres | 0.3645 |
| Legal Description | I/L 85 |
| | <span style="color:red">(Note: Not to be used on legal documents.)</span> |
| Land Use | 510 - Single family Dwlg owner occup |
| | <span style="color:red">(Note: Land Use is for valuation purposes only. Consult the local jurisdiction for zoning and legal use..)</span> |
| City | MOWRYSTOWN CORP |
| Township | WHITEOAK TWP |
| School District | BRIGHT LSD |
| Homestead Reduction: | No |
| Owner Occupancy Credit: | Yes |

## Notes

| | |
|---|---|
| Current Deed Volume: | 918 |
| Current Deed Page: | 590 |

## Owners

| Owner Address | Tax Payer Address |
|---|---|
| BORTON JANEL S | COVIUS MORTGAGE SOLUTIONS |
| 16 E DIEHL ST | 12410 E MIRABEAU PARKWAY |
| MOWRYSTOWN OH 45155 | SPOKANE WA 99216 |

## Tax Rates

| | |
|---|---|
| Full Tax Rate: | 62.650000 |
| Effective Tax Rate: | 47.397993 |

## Valuation

| Assessed Year | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| Land Value | $7,800 | $7,800 | $7,800 | $8,200 | $8,200 |
| CAUV Value | $0 | $0 | $0 | $0 | $0 |
| Improvements Value | $131,900 | $131,900 | $131,900 | $37,700 | $37,700 |
| **Market Value** | **$139,700** | **$139,700** | **$139,700** | **$45,900** | **$45,900** |
| Land Value | $2,730 | $2,730 | $2,730 | $2,870 | $2,870 |
| CAUV Value | $0 | $0 | $0 | $0 | $0 |
| Improvements Value | $46,170 | $46,170 | $46,170 | $13,200 | $13,200 |
| **Taxable Value** | **$48,900** | **$48,900** | **$48,900** | **$16,070** | **$16,070** |

## Land

| Land Type | Calculated Acres | Actual Frontage | Effective Frontage | Depth | Depth Factor | Base Rate | Unit Rate | Adjusted Rate | Appraised Value (100%) |
|---|---|---|---|---|---|---|---|---|---|
| L1 - Front Lot Entry | 0.3645 | 81 | 81 | 196 | 121% | 80 | 80 | 96.8 | $7,840 |
| **Total** | **0.3645** | | | | | | | | **$7,840** |

## Dwellings

| | | | |
|---|---|---|---|
| Card | | Exterior Wall | BRICK |
| Number of Stories | 2 | Heating | Heat |
| Style | Conventional | Cooling | Central |
| Year Built | 1900 | Basement | Pt Bsmt/Pt Crawl |
| Year Remodeled | 2017 | Attic | None |
| Rooms | 7 | Finished Living Area | 1890 |
| Bedrooms | 4 | Unfinished Living Area | 0 |
| Full Baths | 1 | First Floor Area | 1346 |
| Half Baths | 0 | Upper Floor Area | 544 |
| Family Rooms | 0 | Half Floor Area | 0 |
| Dining Rooms | 1 | Finished Basement Area | 0 |
| Basement Garages | 0 | Total Basement Area | 544 |
| GradeCode | C 00 | Attic Area | 0 |
| Grade Adjustment | 100% | Fireplace Openings | 0 |
| Condition | Good | FireplaceStackCount | 0 |

## Additions

Card  001

| Addition Code | Description | Base Area | Year Built | Appraised Value (100%) |
|---|---|---|---|---|
| PR1 | Porch Frame - Open | 318 | 0 | $7,030 |
| PR4 | Porch Masonry - Enclosed | 216 | 0 | $10,380 |
| WD1 | Wood Deck | 336 | 0 | $3,690 |

## Sales

| Sale Date | Sale Price | Seller | Buyer | No. of Properties |
|---|---|---|---|---|
| 4/29/2016 | $137,000 | BARNES SHERRY | BORTON JANEL S | 2 |
| 8/26/2011 | $65,000 | CHERRY TERESA L | BARNES SHERRY | 2 |
| 5/17/2004 | $99,600 | WILLIAMS CHARLES E | CHERRY TERESA L | 2 |
| 9/15/1998 | $85,000 | CHRISTIE ALBERT & LINDA | WILLIAMS CHARLES E | 2 |
| 1/1/1990 | $0 | Unknown | CHRISTIE ALBERT & LINDA | 0 |

## Recent Sales In Area

**Sale date range:**

From:

| 11/16/2018 |
|---|

To:

| 11/16/2021 |
|---|



| Sales by Neighborhood |
|---|

| 1500 |
|---|

| Feet | ⌄ |
|---|---|

| Sales by Distance |
|---|

## Tax History

| Tax Year (click for detail) | Delinquent | 1st Half | 2nd Half | Total Due |
|---|---|---|---|---|
| ⊞ 2020 Pay 2021 | $0.00 | $1,220.85 | $1,109.86 | $0.00 |
| ⊞ 2019 Pay 2020 | $0.00 | $1,839.05 | $1,839.05 | $0.00 |
| ⊞ 2018 Pay 2019 | $0.00 | $1,104.27 | $1,104.27 | $0.00 |

## Special Assessments

| Special Assessments Project (click for detail) |
|---|
| ⊞ 31-070 - MOWRYSTOWN SEWER |

## Payments

Detail:

| Tax Year | Effective Payment Date | Paid By | Amount | Receipt Number |
|---|---|---|---|---|
| 2020 Pay 2021 | 6/29/2021 | COVIOUS MORTGAGE SOLUTIONS LENDER #01798 RP | $2,330.71 | COVIOUS#1-06292021-1-18 |
| 2019 Pay 2020 | 7/31/2020 | CORELOGIC | $1,839.05 | CORELOGIC2-07312020-1-2652 |
| 2019 Pay 2020 | 2/13/2020 | CORELOGIC | $1,839.05 | CORELOGIC1-02132020-1-2534 |
| 2018 Pay 2019 | 7/30/2019 | CORELOGIC | $1,104.27 | CORELOGIC-07302019-1-2170 |
| 2018 Pay 2019 | 2/22/2019 | CORELOGIC | $1,104.27 | CORELOGIC1-02222019-1-2297 |

Total:

| Tax Year | Amount |
|---|---|
| 2020 Pay 2021 | $2,330.71 |
| 2019 Pay 2020 | $3,678.10 |
| 2018 Pay 2019 | $2,208.54 |

## Sketches

```
                              24
                    WD1
                   (336)
              14

                 18
        1 s BR        PR4
     12  (144)  12   (216)
                              12
                              47
        1 s BR  (658)
     14      C
              34              6
        2 s BR
     16    B     16
        (544)        22
              6   31
        PR1   37  (318)
```

## Map



49-24-105-051.00    49-24-107-004.00

14

16

DIEHL AVE

**No data available for the following modules:** Ag Soil, Buildings, Improvements.

Disclaimer: The Highland County Data is property of Highland County, Ohio. This data has been derived from public records that are constantly undergoing change and is not warranted for content or accuracy. Highland County cannot be held liable for errors or omissions in the data.
User Privacy Policy
GDPR Privacy Notice

Developed by
Schneider
GEOSPATIAL

Last Data Upload: 11/16/2021, 2:07:00 AM

Version 2.3.161



# Bill Fawley
HIGHLAND COUNTY AUDITOR | HIGHLAND COUNTY, OHIO

## Summary

| | |
|---|---|
| Parcel Number | **49-24-107-004.00** |
| Location Address | DIEHL AVE |
| Acres | 5 |
| Legal Description | 5.00 ACRES |
| | (Note: Not to be used on legal documents.) |
| Land Use | 599 - Other Residential Structures |
| | (Note: Land Use is for valuation purposes only. Consult the local jurisdiction for zoning and legal use..) |
| City | MOWRYSTOWN CORP |
| Township | WHITEOAK TWP |
| School District | BRIGHT LSD |
| Homestead Reduction: | No |
| Owner Occupancy Credit: | No |

## Notes

| | |
|---|---|
| Current Deed Volume: | 918 |
| Current Deed Page: | 590 |

## Owners

| Owner Address | Tax Payer Address |
|---|---|
| BORTON JANEL S | COVIUS MORTGAGE SOLUTIONS |
| 16 E DIEHL ST | 12410 E MIRABEAU PARKWAY |
| MOWRYSTOWN OH 45155 | SPOKANE WA 99216 |

## Tax Rates

| | |
|---|---|
| Full Tax Rate: | 62.650000 |
| Effective Tax Rate: | 47.397993 |

## Valuation

| Assessed Year | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| Land Value | $42,500 | $42,500 | $42,500 | $19,700 | $19,700 |
| CAUV Value | $0 | $0 | $0 | $0 | $0 |
| Improvements Value | $5,900 | $5,900 | $5,900 | $5,500 | $5,500 |
| **Market Value** | **$48,400** | **$48,400** | **$48,400** | **$25,200** | **$25,200** |
| Land Value | $14,880 | $14,880 | $14,880 | $6,900 | $6,900 |
| CAUV Value | $0 | $0 | $0 | $0 | $0 |
| Improvements Value | $2,070 | $2,070 | $2,070 | $1,930 | $1,930 |
| **Taxable Value** | **$16,950** | **$16,950** | **$16,950** | **$8,830** | **$8,830** |

## Land

| Land Type | Calculated Acres | Actual Frontage | Effective Frontage | Depth | Depth Factor | Base Rate | Unit Rate | Adjusted Rate | Appraised Value (100%) |
|---|---|---|---|---|---|---|---|---|---|
| A3 - Residual | 5 | 0 | | | 0% | 8500 | 8500 | 8500 | $42,500 |
| **Total** | **5.0000** | | | | | | | | **$42,500** |

## Improvements

Card 1

| Improvement Code | Description | Length | Width | Total Area | Year Built | Appraised Value (100%) |
|---|---|---|---|---|---|---|
| 60 | Shed | 24 | 12 | 288 | 2014 | $3,000 |
| 60 | Shed | 20 | 14 | 280 | 2012 | $2,900 |
| **Total** | | | | | | **$5,900** |

## Sales

| Sale Date | Sale Price | Seller | Buyer | No. of Properties |
|---|---|---|---|---|
| 4/29/2016 | $137,000 | BARNES SHERRY | BORTON JANEL S | 2 |
| 8/26/2011 | $65,000 | CHERRY TERESA L | BARNES SHERRY | 2 |
| 5/17/2004 | $99,600 | WILLIAMS CHARLES E | CHERRY TERESA L | 2 |
| 9/15/1998 | $85,000 | CHRISTIE ALBERT & LINDA | WILLIAMS CHARLES E | 2 |
| 1/1/1990 | $0 | Unknown | CHRISTIE ALBERT & LINDA | 0 |

## Recent Sales In Area

**Sale date range:**

From:

| 11/16/2018 |
|---|

To:

| 11/16/2021 |
|---|

| Sales by Neighborhood |
|---|

| 1500 |
|---|

| Feet | ˅ |
|---|---|

| Sales by Distance |
|---|

## Tax History

| Tax Year (click for detail) | Delinquent | 1st Half | 2nd Half | Total Due |
|---|---|---|---|---|
| ⊞ 2020 Pay 2021 | $0.00 | $404.49 | $367.72 | $0.00 |
| ⊞ 2019 Pay 2020 | $0.00 | $365.87 | $365.87 | $0.00 |
| ⊞ 2018 Pay 2019 | $0.00 | $365.87 | $365.87 | $0.00 |

## Payments

Detail:

| Tax Year | Effective Payment Date | Paid By | Amount | Receipt Number |
|---|---|---|---|---|
| 2020 Pay 2021 | 6/29/2021 | COVIOUS MORTGAGE SOLUTIONS LENDER #01798 RP | $772.21 | COVIOUS#1-06292021-1-19 |
| 2019 Pay 2020 | 7/31/2020 | CORELOGIC | $365.87 | CORELOGIC2-07312020-1-2664 |
| 2019 Pay 2020 | 2/13/2020 | CORELOGIC | $365.87 | CORELOGIC1-02132020-1-2545 |
| 2018 Pay 2019 | 7/30/2019 | CORELOGIC | $365.87 | CORELOGIC-07302019-1-2179 |
| 2018 Pay 2019 | 2/22/2019 | CORELOGIC | $365.87 | CORELOGIC1-02222019-1-2309 |

Total:

| Tax Year | Amount |
|---|---|
| 2020 Pay 2021 | $772.21 |
| 2019 Pay 2020 | $731.74 |
| 2018 Pay 2019 | $731.74 |

## Sketches

| | |
|---|---|
| | 2 |
| | 1 |

**Map**



**No data available for the following modules:** Ag Soil, Dwellings, Buildings, Additions, Special Assessments.

Disclaimer: The Highland County Data is property of Highland County, Ohio. This data has been derived from public records that are
constantly undergoing change and is not warranted for content or accuracy. Highland County cannot be held liable for errors or omissions in
the data.
User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 11/16/2021, 2:07:00 AM                                    Version 2.3.161

Developed by
Schneider
GEOSPATIAL