UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 21-12650

   JANEL S. BORTON : CHAPTER 13

   DEBTOR : JUDGE HOPKINS

: **AMENDED WITHDRAWAL APPRAISAL OF PROPERTY (DOC. 6)**

Now comes the Debtor, by and through counsel, and withdraws the Appraisal of Property (Doc. 6) filed herein on December 15, 2021.

           Respectfully Submitted,

           /s/ Paul J. Minnillo
           Paul J. Minnillo, Esq. (OH-0065744)
           MINNILLO LAW GROUP Co., LPA
           2712 Observatory Avenue
           Cincinnati, Ohio 45208
           (513)723-1600 / (513) 723-1620 (Fax)
           pjm@mlg-lpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary US Mail on December 17, 2021 addressed to:

Janel S. Borton
16 E. Diehl St.
Mowrystown, OH 45155

           /s/ Paul J. Minnillo
           Paul J. Minnillo, Esq. (OH-0065744)