**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: April 22, 2022**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-12650 |
| JANEL S. BORTON | : | CHAPTER 13 |
| DEBTOR | : | JUDGE HOPKINS |

**AGREED ORDER GRANTING CONTINUING CONFIRMATION HEARING (DOC. 20)**

UPON AGREEMENT of the Debtor and the Chapter 13 Trustee, and creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, the confirmation hearing in this case shall be continued.

The hearing on the confirmation of the Debtor's chapter 13 plan, and the Objections of the Trustee (Doc. 21 ) and NewRez LLC (Doc. 16) shall continued to the 24th day of May, 2022 at 2:00 p.m.

IT IS SO ORDERED.

s/ Margaret A. Burks
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377
Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798
600 Vine Street
Suite 2200
Cincinnati, OH 45202
513 621-4488
513 621-2643 Facsimile


/s/ Paul J. Minnillo
Paul J. Minnillo, Esq. (OH-0065744)
MINNILLO LAW GROUP Co., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
(513)723-1600 / (513) 723-1620 (Fax)
pjm@mlg-lpa.com


/s/ Molly Slutsky Simons
Molly Slutsky Simons, Esq. (OH-0083702)
SOTTILE & BARILE
Attorney for Creditor
394 Wards Corner Rd., Suite 108
Loveland, Ohio 45140
(513)444-4100
Email: bankruptcy@sottileandbarile.com Attorney for Credito


Copies to: default list